UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-21951

CIVIL ACTION No. _____

ADLAI EDWARDS,

        Plaintiff,

v.

MIAMI-DADE COUNTY
SCHOOL BOARD,

        Defendant.

_____/

## COMPLAINT

Plaintiff, ADLAI EDWARDS, sues Defendant, MIAMI-DADE COUNTY SCHOOL BOARD, and alleges:

1. This is an action seeking money damages pursuant to 28 U.S.C.§1331 and 1343 and Title 7 of the Civil Rights Act of 1964 and as amended, for discrimination in employment under 42 U.S.C.A §2000.

2. Plaintiff was mailed a right to sue letter on May 3, 2006.

3. Plaintiff is a police officer employed by the Miami-Dade Schools Police Department.

4. Plaintiff suffered national origin discrimination in promotion because he was a black man from the Caribbean and the country of Trinidad. Plaintiff was also retaliated against for filing grievances complaining of the failure to promote him. Plaintiff is a non-African-American black.

5. There has been a continuing series of discriminating with a failure to promote:

    (a) On July 9, 1998, the existing chief failed to promote Plaintiff to sergeant though Plaintiff was the number one candidate on the list.

(b)     On August 16, 2003, the existing chief did not promote Plaintiff to lieutenant though Plaintiff was the number one candidate on the active lieutenant promotional list.

(c)     On July 21, 2004, the chief revised a lieutenant promotion list to add five ineligible white sergeants to the list affecting his promotion.

(d)     On March 1, 2004, the chief created an eligibility list for lieutenant that included five ineligible white sergeants.

(e)     In April 2004 the chief, instead of promoting Plaintiff to lieutenant, transferred a white male sergeant to the general investigative unit with the authority of a lieutenant. There were 24 promotions during that time frame, only one black.

(f)     In September 2004 the chief created a lieutenant's position in Region 3, but did not promote Plaintiff because he is a non-African-American black male, but instead he is a Caribbean-Trinidad black male.

(g)     In March 2005, a white male sergeant was promoted to lieutenant who was ineligible for the position and Plaintiff was passed over because he was a non-African-American black male.

(h)     In June 2005 the chief promoted to captain a white male lieutenant, without posting the position, although Plaintiff was qualified for the position. Plaintiff was not allowed to apply because he is a non-African-American black male.

(i)     The discrimination in (b), (c), (d), (e), (f), (g) and (h) was also retaliation against Plaintiff for his continual complaints of discrimination in his promotion.

6.     Plaintiff has been damaged in lack of promotions, loss of earnings, and promotional opportunities, has suffered humiliation, emotional anxiety and stress, and incurs attorney's fees and costs.

WHEREFORE, Plaintiff demands statutory damages, pre-judgment interest, and a trial by jury.

/s/ Cahen
_____
STEPHEN CAHEN, ESQ.
Florida Bar No. 011038
Attorney for Plaintiff
8770 Sunset Drive, #211
Miami, Florida 33173
Phone: 305-323-9656

JS 44
(Rev 12/96)

**06-21951**

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ADLAI EDWARDS

## DEFENDANTS
MIAMI-DADE COUNTY SCHOOL BOARD

**CIV-SEITZ**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: MIAMI-DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

DADE 06N21951/Seitz/McAliley

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: MIAMI-DADE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**McALILEY**

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Stephen Cahen
8770 Sunset Drive #211 Miami FL 33173

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: **DADE**, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

[Nature of suit checkboxes — Civil Rights: 442 Employment checked]

## VI. CAUSE OF ACTION
USCA 2000 NATIONAL ORIGIN DISCRIMINATION IN EMPLOYMENT

LENGTH OF TRIAL: ~5 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P 23
DEMAND $
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
None
JUDGE _____ DOCKET NUMBER _____

DATE: 8/1/06
SIGNATURE OF ATTORNEY OF RECORD: /s/ Cahen

FOR OFFICE USE ONLY
RECEIPT # 944621   AMOUNT $350   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____